1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH DAWSON,                          No. CIV S-03-0967 MCE GGH P

12              Plaintiff,
            v.
13                                            ORDER
      ARNOLD SCHWARZENEGGER,
14    Governor of California, ET AL.,

15              Defendants.
      _____/
16
      STEVEN GOMEZ,                           No. CIV S-03-0968 MCE GGH P
17
                Plaintiff,
18
            v.
19
      ARNOLD SCHWARZENEGGER,
20    Governor of California, ET AL.,

21              Defendants.
      _____/
22

23    ///

24    ///

25    ///

26    ///

                                      1

1  EDWARD HARO,                              No. CIV S-03-0973 MCE GGH P

2          Plaintiff,
           v.
3  ARNOLD SCHWARZENEGGER,
   Governor of California, ET AL.,
4
           Defendants.
5  _____/

6  ZACHARIAH GUZMAN,                         No. CIV S-03-0977 MCE GGH P

7          Plaintiff,

8      v.

9  ARNOLD SCHWARZENEGGER,
   Governor of California, ET AL.,
10
           Defendants.
11 _____/

12 NICOLAS CURRAN,                           No. CIV S-03-0964 MCE GGH P

13         Plaintiff,
           v.
14
   ARNOLD SCHWARZENEGGER,
15 Governor of California, ET AL.,

16         Defendants.
   _____/

17

18      Plaintiffs in the above entitled actions are state prisoners

19 proceeding pro se who have filed civil rights actions seeking

20 relief under 42 U.S.C. § 1983.  The matter was referred to a

21 United States Magistrate Judge pursuant to 28 U.S.C.

22 § 636(b)(1)(B) and Local General Order No. 262.

23      On October 27, 2005, the Magistrate Judge filed Findings and

24 Recommendations herein which were served on all parties and which

25 contained notice to all parties that any objections to the

26 Findings and Recommendations were to be filed within twenty days.

                                    2

Plaintiff Dawson has filed Objections to the Findings and Recommendations[1] to which Defendants have filed a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed October 27, 2005 are adopted in full; and

2.  Plaintiff Curran's case, Curran v. Schwarzenneger, et al., No. CIV S 03-0964 MCE GGH P, is dismissed as moot.

DATED: December 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Dawson is the Plaintiff in the newly designated lead case; however, Plaintiff Curran is the Plaintiff in the former lead case and is the only party with standing to object to a recommendation of dismissal of his own case.  Plaintiff Curran has not filed objections.